## GASSETT *a.* CROCKER.

*New York Common Pleas; Special Term, July,* 1859.

PLEADING.—WAIVER OF DEFECT OF PARTIES.

If an objection which ought to be taken by demurrer—*e. g.*, that a defect of parties appears on the face of the complaint—is taken only by an allegation in an answer, it will be deemed to have been waived; and the allegation may be struck out of the answer on motion.

Motion to strike out part of an answer.

The answer in this action alleged, among other things, that certain third persons, whose interest in the subject-matter of the action appeared from the complaint, were necessary parties to the action, and that a complete determination of the controversy could not be had without their presence.

This part of the answer the plaintiff moved be stricken out.

*A. F. Smith*, for the motion.

*Leonard & Hoffman*, opposed.

HILTON, J.—The part of the defendants' answer which the plaintiffs ask to have stricken out, is, in substance, a demurrer to the complaint for a defect of parties.

As the alleged defect appears on the face of the complaint, if the defendants desired to avail themselves of it, they should have taken advantage of it by a demurrer. (*Code*, §§ 143, 147, 148.) Not having done so, they must, after answer, be deemed to have waived all objections to it.

The allegation, therefore, constitutes no defence to the action, is clearly irrelevant, and should be stricken out.

Motion granted, with costs.

---

## OSGOOD *a.* WHITTELSEY.

*Supreme Court, Second District; Special Term, February,* 1860.

PLEADING.—DEMURRER.—LEAVE TO ANSWER.—COMPLAINT AGAINST SURETY ON NOTE.

Where a demurrer is interposed which the pleader could not have supposed would dispose of the case on the merits, it cannot be deemed to have been put in in good faith.